

**Republic Bank**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

| Pay Statement | |
|---|---|
| Period Start Date | 03/15/2020 |
| Period End Date | 03/28/2020 |
| Pay Date | 04/09/2020 |
| Document | 61595 |
| Net Pay | $1,495.53 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Ashley Renee Amendt | Employee Number | 312750 | Pay Group | All Employees | |
| 10 Plumbridge Drive | SSN | XXX-XX-XXXX | Location | Feasterville | |
| Levittown, PA 19056 | Job | Assistant Store Manager | Region | PAREG - PENNSYLANIA | |
| USA | Pay Rate | $28.5817 | Division | D01000 - RETAIL BANKING STORES | |
| | Pay Frequency | Biweekly | Department | 1270 - FEASTERVILLE | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | | $0.00 | $337.41 |
| Group Term Life | | | $2.54 | $19.92 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $446.15 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $892.31 |
| Regular Pay | 40.0000 | $28.5817 | $1,143.27 | $15,250.10 |
| Sick Pay COV | 40.0000 | $28.5817 | $1,143.27 | $1,143.27 |

Total Hours 80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K Pre-Tax | Yes | $45.73 | $361.40 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $151.73 | $1,166.39 | $480.48 | $3,693.59 |
| Dental PPO | Yes | $11.09 | $81.82 | $25.88 | $190.89 |
| FSA - Medical | Yes | $75.00 | $225.00 | $0.00 | $0.00 |
| Group Term Life | No | $2.54 | $19.92 | $0.00 | $0.00 |
| ROTH 401K | No | $45.73 | $361.40 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $2.96 | $0.00 | $0.00 |
| Sup Life Emp | No | $4.00 | $26.30 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $14.56 | $0.00 | $0.00 |
| Vision | Yes | $4.12 | $24.96 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $91.46 | $722.76 |
| GTL - Life | No | $0.00 | $0.00 | $6.30 | $49.80 |
| Long Term Dis | No | $0.00 | $0.00 | $3.68 | $29.08 |
| Short Term Dis | No | $0.00 | $0.00 | $6.17 | $48.76 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $209.85 | $1,726.80 |
| Employee Medicare | $29.68 | $240.57 |
| Social Security Employee Tax | $126.92 | $1,028.64 |
| PA State Income Tax | $62.77 | $508.72 |
| LOWER SOUTHAMPTON | $20.45 | $165.71 |
| LOWER SOUTHAMPTON TWP | $0.19 | $1.52 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $1.52 |
| PA Unemployment Employee | $1.37 | $10.84 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,445.53 |
| Total | | $1,495.53 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,289.08 | $2,001.41 | $451.42 | $342.13 | $1,495.53 |
| YTD | $18,089.16 | $16,229.59 | $3,684.32 | $2,284.71 | $12,120.13 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
| | |
|---|---|
| Period Start Date | 03/01/2020 |
| Period End Date | 03/14/2020 |
| Pay Date | 03/26/2020 |
| Document | 60828 |
| Net Pay | $1,495.52 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Ashley Renee Amendt | | Employee Number | 312750 | Pay Group | All Employees |
| 10 Plumbridge Drive | | SSN | XXX-XX-XXXX | Location | Feasterville |
| Levittown, PA 19056 | | Job | Assistant Store Manager | Region | PAREG - PENNSYLVANIA |
| USA | | Pay Rate | $28.5817 | Division | D01000 - RETAIL BANKING STORES |
| | | Pay Frequency | Biweekly | Department | 1270 - FEASTERVILLE |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $337.41 |
| Group Term Life | | | $2.54 | $17.38 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $446.15 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $892.31 |
| Regular Pay | 80.0000 | $28.5817 | $2,286.54 | $14,106.83 |

Total Hours  80.0000

## Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| 401K Pre-Tax | Yes | $45.73 | $315.67 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $151.73 | $1,014.66 | $480.48 | $3,213.11 |
| Dental PPO | Yes | $11.09 | $70.73 | $25.88 | $165.01 |
| FSA - Medical | Yes | $75.00 | $150.00 | $0.00 | $0.00 |
| Group Term Life | No | $2.54 | $17.38 | $0.00 | $0.00 |
| ROTH 401K | No | $45.73 | $315.67 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $2.59 | $0.00 | $0.00 |
| Sup Life Emp | No | $4.00 | $22.30 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $12.74 | $0.00 | $0.00 |
| Vision | Yes | $4.12 | $20.84 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $91.46 | $631.30 |
| GTL - Life | No | $0.00 | $0.00 | $6.30 | $43.50 |
| Long Term Dis | No | $0.00 | $0.00 | $3.68 | $25.40 |
| Short Term Dis | No | $0.00 | $0.00 | $6.17 | $42.59 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $209.85 | $1,516.95 |
| Employee Medicare | $29.69 | $210.89 |
| Social Security Employee Tax | $126.92 | $901.72 |
| PA State Income Tax | $62.77 | $445.95 |
| LOWER SOUTHAMPTON | $20.45 | $145.26 |
| LOWER SOUTHAMPTON TWP | $0.19 | $1.33 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $1.33 |
| PA Unemployment Employee | $1.37 | $9.47 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,445.52 |
| Total | | $1,495.52 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,289.08 | $2,001.41 | $451.43 | $342.13 | $1,495.52 |
| YTD | $15,800.08 | $14,228.18 | $3,232.90 | $1,942.58 | $10,624.60 |

# REPUBLIC BANK

50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/02/2020 |
| Period End Date | 02/15/2020 |
| Pay Date | 02/27/2020 |
| Document | 59635 |
| Net Pay | $1,554.66 |

## Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Ashley Renee Amendt | Employee Number | 312750 | Pay Group | All Employees | |
| 10 Plumbridge Drive | SSN | XXX-XX-0936 | Location | Feasterville | |
| Levittown, PA 19056 | Job | Assistant Store Manager | Region | PAREG - PENNSYLVANIA | |
| USA | Pay Rate | $28.5817 | Division | QD1000 - RETAIL BANKING STORES | |
| | Pay Frequency | Biweekly | Department | 1270 - FEASTERVILLE | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 0.0000 | $0.0000 | $0.00 | $223.08 |
| Group Term Life | | | $2.54 | $12.30 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $446.15 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $892.31 |
| Regular Pay | 80.0000 | $28.5817 | $2,286.54 | $9,648.08 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $45.73 | $224.21 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $142.24 | $711.20 | $450.43 | $2,252.15 |
| Dental PPO | Yes | $9.71 | $48.55 | $22.65 | $113.25 |
| Group Term Life | No | $2.54 | $12.30 | $0.00 | $0.00 |
| ROTH 401K | No | $45.73 | $224.21 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $1.85 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.86 | $14.30 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $9.10 | $0.00 | $0.00 |
| Vision | Yes | $2.52 | $12.60 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $91.46 | $448.38 |
| GTL - Life | No | $0.00 | $0.00 | $6.30 | $30.90 |
| Long Term Dis | No | $0.00 | $0.00 | $3.68 | $18.04 |
| Short Term Dis | No | $0.00 | $0.00 | $6.17 | $30.25 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $229.09 | $1,097.25 |
| Employee Medicare | $30.95 | $151.52 |
| Social Security Employee Tax | $132.34 | $647.87 |
| PA State Income Tax | $65.45 | $320.41 |
| LOWER SOUTHAMPTON | $21.32 | $104.36 |
| LOWER SOUTHAMPTON TWP | $0.19 | $0.95 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $0.95 |
| PA Unemployment Employee | $1.37 | $6.73 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,504.66 |
| Total | | $1,554.66 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,289.08 | $2,088.88 | $480.90 | $253.52 | $1,554.66 |
| YTD | $11,221.92 | $10,225.36 | $2,330.04 | $1,258.32 | $7,633.56 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
Period Start Date 01/19/2020
Period End Date 02/01/2020
Pay Date 02/13/2020
Document 59048
Net Pay $1,519.73

## Pay Details

| | | | |
|---|---|---|---|
| Ashley Renee Amendt | Employee Number 312750 | Pay Group All Employees | |
| 10 Plumbridge Drive | SSN XXX-XX-0936 | Location Feasterville | |
| Levittown, PA 19056 | Job Assistant Store Manager | Region PAREG - PENNSYLVANIA | |
| USA | Pay Rate $27.8846 | Division 001000 - RETAIL BANKING STORES | |
| | Pay Frequency Biweekly | Department 1270 - FEASTERVILLE | |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Carry Over PTO | 8.0000 | $27.8846 | $223.08 | $223.08 |
| Group Term Life | | | $2.44 | $9.76 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $446.15 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $892.31 |
| Regular Pay | 72.0000 | $27.8846 | $2,007.69 | $7,361.54 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $44.62 | $178.48 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $142.24 | $568.96 | $450.43 | $1,801.72 |
| Dental PPO | Yes | $9.71 | $58.84 | $22.65 | $90.60 |
| Group Term Life | No | $2.44 | $9.76 | $0.00 | $0.00 |
| ROTH 401K | No | $44.62 | $178.48 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $1.48 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.86 | $11.44 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $7.28 | $0.00 | $0.00 |
| Vision | Yes | $2.52 | $10.08 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $89.23 | $356.92 |
| GTL - Life | No | $0.00 | $0.00 | $6.15 | $24.60 |
| Long Term Dis | No | $0.00 | $0.00 | $3.59 | $14.36 |
| Short Term Dis | No | $0.00 | $0.00 | $6.02 | $24.08 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $217.04 | $868.16 |
| Employee Medicare | $30.14 | $120.57 |
| Social Security Employee Tax | $128.88 | $515.53 |
| PA State Income Tax | $63.74 | $254.96 |
| LOWER SOUTHAMPTON | $20.76 | $83.04 |
| LOWER SOUTHAMPTON TWP | $0.19 | $0.76 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $0.76 |
| PA Unemployment Employee | $1.34 | $5.36 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,469.73 |
| Total | | $1,519.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,233.21 | $2,034.12 | $462.28 | $251.20 | $1,519.73 |
| YTD | $8,952.84 | $8,136.48 | $1,849.14 | $1,004.80 | $6,078.90 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
Period Start Date  01/05/2020
Period End Date    01/18/2020
Pay Date           01/30/2020
Document           58429
Net Pay            $1,519.71

## Pay Details

Ashley Renee Amendt
10 Plumbridge Drive
Levittown, PA 19056
USA

Employee Number  312750
SSN              XXX-XX-0956
Job              Assistant Store Manager
Pay Rate         $27.8846
Pay Frequency    Biweekly

Pay Group  All Employees
Location   Feasterville
Region     PAREG - PENNSYLVANIA
Division   DD1000 - RETAIL BANKING STORES
Department 1270 - FEASTERVILLE

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $2.44 | $7.32 |
| Holiday | 0.0000 | $0.0000 | $0.00 | $446.15 |
| Paid Time Off | 0.0000 | $0.0000 | $0.00 | $892.31 |
| Regular Pay | 80.0000 | $27.8846 | $2,230.77 | $5,353.85 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $44.62 | $133.86 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $142.24 | $426.72 | $450.43 | $1,351.29 |
| Dental PPO | Yes | $9.71 | $29.13 | $22.65 | $67.95 |
| Group Term Life | No | $2.44 | $7.32 | $0.00 | $0.00 |
| ROTH 401K | No | $44.62 | $133.86 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $1.11 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.86 | $8.58 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $5.46 | $0.00 | $0.00 |
| Vision | Yes | $2.52 | $7.56 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $89.23 | $267.69 |
| GTL - Life | No | $0.00 | $0.00 | $6.15 | $18.45 |
| Long Term Dis | No | $0.00 | $0.00 | $3.59 | $10.77 |
| Short Term Dis | No | $0.00 | $0.00 | $6.02 | $18.06 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $217.04 | $651.12 |
| Employee Medicare | $30.15 | $90.43 |
| Social Security Employee Tax | $128.89 | $386.65 |
| PA State Income Tax | $63.74 | $191.22 |
| LOWER SOUTHAMPTON | $20.76 | $62.28 |
| LOWER SOUTHAMPTON TWP | $0.19 | $0.57 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $0.57 |
| PA Unemployment Employee | $1.34 | $4.02 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,469.71 |
| Total | | $1,519.71 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,233.21 | $2,034.12 | $462.30 | $251.20 | $1,519.71 |
| YTD | $6,699.63 | $6,102.36 | $1,386.86 | $753.60 | $4,559.17 |

**REPUBLIC BANK**
50 S. 16th Street
Suite 2400
Philadelphia, PA 19102

**Pay Statement**
Period Start Date: 12/22/2019
Period End Date: 01/04/2020
Pay Date: 01/16/2020
Document: 57835
Net Pay: $1,519.73

## Pay Details

| | | |
|---|---|---|
| Ashley Renee Amendt | Employee Number 312750 | Pay Group: All Employees |
| 10 Plumbridge Drive | SSN: XXX-XX-0936 | Location: Feasterville |
| Levittown, PA 19056 | Job: Assistant Store Manager | Region: PAREG - PENNSYLVANIA |
| USA | Pay Rate: $27.8846 | Division: D01000 - RETAIL BANKING STORES |
| | Pay Frequency: Biweekly | Department: 1270 - FEASTERVILLE |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Group Term Life | | | $2.44 | $4.88 |
| Holiday | 16.0000 | $27.8846 | $446.15 | $446.15 |
| Paid Time Off | 32.0000 | $27.8846 | $892.31 | $892.31 |
| Regular Pay | 32.0000 | $27.8846 | $892.31 | $3,123.08 |

Total Hours 80.0000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| 401K Pre-Tax | Yes | $44.62 | $89.24 | $0.00 | $0.00 |
| Aetna Mid POS | Yes | $142.24 | $284.48 | $450.43 | $900.86 |
| Dental PPO | Yes | $9.71 | $19.42 | $22.65 | $45.30 |
| Group Term Life | No | $2.44 | $4.88 | $0.00 | $0.00 |
| ROTH 401K | No | $44.62 | $89.24 | $0.00 | $0.00 |
| Sup Life Child | No | $0.37 | $0.74 | $0.00 | $0.00 |
| Sup Life Emp | No | $2.86 | $5.72 | $0.00 | $0.00 |
| Unum Illness | No | $1.82 | $3.64 | $0.00 | $0.00 |
| Vision | Yes | $2.52 | $5.04 | $0.00 | $0.00 |
| 401K Match | Yes | $0.00 | $0.00 | $89.23 | $178.46 |
| GTL - Life | No | $0.00 | $0.00 | $6.15 | $12.30 |
| Long Term Dis | No | $0.00 | $0.00 | $3.59 | $7.18 |
| Short Term Dis | No | $0.00 | $0.00 | $6.02 | $12.04 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $217.04 | $434.08 |
| Employee Medicare | $30.14 | $60.28 |
| Social Security Employee Tax | $128.88 | $257.76 |
| PA State Income Tax | $63.74 | $127.48 |
| LOWER SOUTHAMPTON | $20.76 | $41.52 |
| LOWER SOUTHAMPTON TWP | $0.19 | $0.38 |
| NESHAMINY SD-LOWER SOUTHAMPTON | $0.19 | $0.38 |
| PA Unemployment Employee | $1.34 | $2.68 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8114 | Checking | $50.00 |
| xxxxxx4564 | Checking | $1,469.73 |
| Total | | $1,519.73 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,233.21 | $2,034.12 | $462.28 | $251.20 | $1,519.73 |
| YTD | $4,466.42 | $4,068.24 | $924.56 | $502.40 | $3,039.46 |